to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MOLLIE LANDES, as Administratrix, etc., of SOLOMON LANDES, Deceased, v. LUTHERAN HOSPITAL OF MANHATTAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MOR W. TESTA v. CLASSIC THEATRE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before June 7, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MAX SCHWARTZ and Another, Copartners, etc., v. NATHAN ZIMMERMAN.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

PHILIP KASSOVER v. ARMIN GYORI and Another, Doing Business, etc., as REDIFONE CORPORATION OF AMERICA and Others.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CROKER NATIONAL FIRE PREVENTION ENGINEERING COMPANY v. SUCCESS THEATRE CORPORATION, Also Known as HARRIS THEATRICAL ENTERPRISES.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM K. JOHNSON and Others v. SINCLAIR CONSOLIDATED OIL CORPORATION.— Application granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of EUGENE HIGGINS v. GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THOMAS J. DRENNAN, Fire Commissioner, etc., v. AMERICAN PRESS ASSOCIATION.— Motion granted. Present — Dowling, Merrell, McAvoy and Martin, JJ.

EUGENIO VARAGNOLO v. PARTOLA MANUFACTURING COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GEORGE E. SEALY Co., INC., v. ARDS BUILDING CORPORATION, Impleaded, etc.— Motion for leave to appeal granted. Motion for reargument denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. "JOHN DOE" COLBY, Impleaded with FRANK WHITNEY.— Motion denied as unnecessary. (See Code Crim. Proc. § 519.) Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MARCUS M. GOLDSCHMIDT v. HARRY COOPER, Impleaded, etc.— Motion granted. Order resettled. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GLADLY REALTY CORPORATION v. FLORETTA HOLDING CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application for Letters of Administration on Goods, Chattels and Credits of ELIZABETH HARRIS, Also Known as LIZZIE HARRIS, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of Estate of BRADISH JOHNSON v. GEORGE